No. 91–8185.  GAYDOS *v.* GAYDOS ET AL., *ante*, p. 1225;

No. 91–8223.  KISKILA ET VIR *v.* SUPERIOR COURT OF CALIFOR-NIA, COUNTY OF RIVERSIDE, ET AL., *ante*, p. 1225;

No. 91–8227.  BAKER *v.* MILLER ET AL., *ante*, p. 1225;

No. 91–8236.  KUDRAKO *v.* ALLSTATE INSURANCE CO., *ante*, p. 1226;

No. 91–8372.  ARNETTE *v.* CHIEF OF POLICE, TOWN OF MC-COLL, SOUTH CAROLINA, ET AL., *ante*, p. 1227;

No. 91–8396.  BORROMEO *v.* UNITED STATES, *ante*, p. 1212;

No. 91–8398.  STEFFENS *v.* DERWINSKI, SECRETARY OF VET-ERANS AFFAIRS, *ante*, p. 1227; and

No. 91–8465.  JUSINO *v.* UNITED STATES, *ante*, p. 1228.  Petitions for rehearing denied.

No. 91–1709.  IN RE MILLS, 504 U. S. 971.  Motion of petitioner for leave to proceed further herein *in forma pauperis* granted. Petition for rehearing denied.

No. 91–5550.  FAIN *v.* IDAHO, 504 U. S. 987.  Petition for rehearing denied.  JUSTICE BLACKMUN would call for a response to the petition for rehearing.

No. 91–7390.  ESPINOSA *v.* FLORIDA, *ante*, p. 1079.  Petition for rehearing of petitioner denied.  Petition for rehearing of respondent denied.

### SEPTEMBER 8, 1992

No. A–191 (O. T. 1992).  FOX *v.* CHILES, GOVERNOR OF FLOR-IDA, ET AL.  Application for emergency relief, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

### SEPTEMBER 15, 1992

No. 92–5843 (A–209).  JONES *v.* MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.  Certiorari denied.

No. 92–5855 (A–215).  JONES *v.* MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  Sup. Ct. Va.  Application for

stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

### SEPTEMBER 19, 1992

No. A–189 (O. T. 1992). PRICE *v.* NORTH CAROLINA. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, granted pending the timely filing and disposition by this Court of a petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay terminates automatically. In the event the petition for writ of certiorari is granted, this stay shall continue pending the issuance of the mandate of this Court.

### SEPTEMBER 21, 1992

No. 92–5914 (A–232). DEMOUCHETTE *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE BLACKMUN and JUSTICE STEVENS would grant the application for stay.

### SEPTEMBER 22, 1992

No. A–201 (O. T. 1992). SLAGLE *v.* TERRAZAS ET AL. D. C. W. D. Tex. Application for stay, presented to JUSTICE SCALIA, and by him referred to the Court, denied.

No. 92–5939 (A–241). DEMOUCHETTE *v.* TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.